Igor Fradkin, Esq. - State Bar No. 299491
**DOWNTOWN L.A. LAW GROUP**
601 N. Vermont Ave.
Los Angeles, CA 90004
Tel: (213) 389-3765
Fax: (877) 389-2775
Email: Igor@downtownlalaw.com

Attorneys for Plaintiff
NORMAN LEVY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN LEVY, an individual. | Case No.: |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | |
| UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive. | 1. PREMISES LIABILITY |
| Defendants. | |

COMES NOW, Plaintiff, NORMAN LEVY, and alleges against Defendants, and each of them, as follows:

## I.
## JURISDICTION

1. This action is brought pursuant to the Tort Claims Act, 28 U.S.C. §2671 et seq. Jurisdiction is founded on 28 U.S.C. §§1346(b).

///

---
1
**COMPLAINT FOR DAMAGES**

## II.
## VENUE

2. Venue is proper in the Northern District of California. The accident giving rise to this complaint occurred at or near the Boardwalk at Ocean Beach, San Francisco, CA 94108, which is within the present judicial district.

## III.
## PARTIES

3. Plaintiff NORMAN LEVY (hereafter "PLAINTIFF") is and at all relevant times was a resident of San Francisco County, California.

4. Plaintiff is informed and believes and thereon alleges that Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, are and at all times mentioned herein, were public entities, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint ventures, and/or business entities unknown.

5. Defendants DOES 1-50, are sued herein under fictitious names, their true names and capacities being unknown to Plaintiff. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by those Defendants.

6. At all times relevant herein, Defendant UNITED STATES OF AMERICA is a governmental agency.

///
///
///
///
///

## IV.
## FACTS COMMON TO ALL ACTIONS

7. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times relevant hereto Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, are, and at all times herein mentioned were public entities, corporations, sole proprietors, shareholders, associations, partners and partnerships, joint ventures, and/or business entities unknown. At all times herein mentioned, said Defendants were the owners, lessors, sub-lessors, managing agents, landlords, renters, managers, operators, marketers, inspectors, maintainers and controllers, of the premises located at or near Boardwalk at Ocean Beach, San Francisco, CA 94108, (hereinafter referred to as "THE SUBJECT PREMISES"), to which the general public is invited to come.

9. At all times herein mentioned, each of the Defendants were the agents, servants, and employees of their co-defendants, and in doing the things hereinafter alleged were acting in the scope of their authority as agents, servants, and employees, and with permission and consent of their co-defendants. Plaintiff is further informed and believes, and thereon alleges, that each of the Defendants herein gave consent to, ratified, and authorized the acts alleged herein to each of the remaining Defendants.

10. On September 21, 2021, Plaintiff submitted a claim based on the allegations herein to Defendant UNITED STATES OF AMERICA for administrative settlement and has not been rejected by an agent for Defendant UNITED STATES OF AMERICA.

///
///
///
///

## FIRST CAUSE OF ACTION
## PREMISES LIABILITY
### (Against All Defendants)

11. Plaintiff re-alleges each and every allegation contained in the above Paragraphs 1 through 10, and by this reference incorporates said paragraphs as though fully set forth herein.

12. On or about October 14, 2020, Plaintiff was lawfully on Defendants' premises. As Plaintiff was walking on the boardwalk at Ocean Beach, he slipped and/or tripped on debris and/or similar objects that were allowed to exist and/or accumulate, causing Plaintiff to fall onto the ground, thereby causing Plaintiff to endure severe injuries and pain.

13. On or about October 14, 2020, Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, carelessly and negligently owned, rented, managed, leased, supervised, inspected, operated, maintained and/or controlled the premises located at or near the boardwalk at Ocean Beach, San Francisco, CA 94108, such that it was in a dangerous, defective and unsafe condition in conscious disregard for the risk of harm to invitees thereon. By reason of said carelessness, negligence and conscious disregard of the Defendants, and each of them, said premises were unsafe and dangerous to the general public and specifically Plaintiff, NORMAN LEVY.

14. Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, and each of them, failed to warn Plaintiff of said dangerous, defective and unsafe condition, although said Defendants, and each of them, knew of said condition.

15. Plaintiff has it on information and belief, and thereby alleges, that, at the aforementioned time and place, Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, had actual or constructive notice of

the dangerous condition, for a sufficient time prior to the injury to have taken measures to protect against the dangerous conditions.

16. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, and each of them, Plaintiff was injured in his health, strength and activity, sustaining injury to his body, and shock and injury to his person, all of which have caused and continue to cause great physical, mental, and emotional pain and suffering all to his general damages, the exact amount of such to be stated according to proof.

17. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, and each of them, Plaintiff was compelled to and did employ the services of hospitals, physicians, surgeons, nurses and the like, to care for and treat him, and did incur hospital, medical, professional and incidental expenses, the exact amount of such to be stated according to proof.

18. As a legal, direct, and proximate result of the above-mentioned conduct of Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, and each of them, Plaintiff will necessarily incur additional like expenses for an indefinite period of time in the future, the exact amount of such to be stated according to proof.

19. As a direct and proximate result of the negligence, carelessness, and violation of the law by Defendants UNITED STATES OF AMERICA; and Does 1 to 50, inclusive, and each of them, Plaintiff has and will incur a loss of earnings and/or loss of earning capacity, which will be stated according to proof, pursuant to California Code of Civil Procedure section 425.10.

///

///

///

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. For general damages in a sum according to proof;
2. For medical, hospital, and related expenses according to proof;
3. For loss of earnings according to proof;
4. For loss of future earning capacity according to proof;
5. For costs of suit incurred herein;
6. For such other and further relief as this Court may deem proper.

DATED: September 1, 2022            **DOWNTOWN L.A. LAW GROUP**

_____
Igor Fradkin, Esq.
Attorney for Plaintiff,
NORMAN LEVY

## JURY TRIAL DEMAND

Plaintiff demands trial by jury of all issues so triable.

DATED: September 1, 2022            **DOWNTOWN L.A. LAW GROUP**

_____
Igor Fradkin, Esq.
Attorney for Plaintiff,
NORMAN LEVY